[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

**FEB 22 2023** Kb

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Northern District of Illinois**

)
)
)
Plaintiff )
Howard Barnes )
v. )
)
)
Madden Mental Health Center )
Defendant )
)

1:23-cv-01069
Judge Harry D. Leinenweber
Magistrate Sunil R. Harjani
Random Assignment

**COMPLAIN**

esculate matters Dr smith Coleman Tammy, Tate, threaathened say I am talking to women sexaully and I am not. They gave me a shot, I didn't need a shot, I didn't give them permission, I am was at Madden Mental involuntarily, I went to Northwest Me Hosiptal. I can't change clothes or go to bathroom without someone watching me, or shower My Mason bible got stolen, Some of the workers gave me problems for no reason, There was people in the Mental Health Center calling me out my name, staff did nothing about it. Dr. smith Coleman was unreasonable and unprofessional I am tired of people Like this talking to me any kind of way.

1,000,000 I am sueing

Howard Barnes 2-22-23

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]